IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRIS CARDONI, WESLEY WEBB, TERRY BLAIN, and BILLY SHAFFER | § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:14-cv-01946 |
| PROSPERITY BANK, ERIC DAVIS, AND ANTHONY DAVIS | § § § | |

## ORDER GRANTING PLAINTIFFS' CONDITIONAL MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court has considered the Plaintiffs' conditional motion for partial summary judgment regarding Texas Business and Commerce Code bar of damage claims. The motion is GRANTED. It is therefore

ORDERED that the Employment Agreements of Plaintiffs Chris Cardoni, Wesley Webb, Terry Blain, and Billy Shaffer (the "Agreements") must be reformed to exclude the non-competition provisions, Sections 6.3 (a) and (b). It is further

ORDERED that the non-solicitation provision (Section 6.3(c)) contained in the Agreements of Plaintiffs Chris Cardoni, Wesley Webb, Terry Blain, and Billy Shaffer are unreasonably broad and must be reformed. It is further

ORDERED that Prosperity Bank is barred from recovering monetary damages for any breach of the Agreements by Plaintiffs Chris Cardoni, Wesley Webb, Terry Blain, and Billy Shaffer prior to reformation of the Agreements, upon the entry of final judgment, pursuant to Tex. Bus. & Comm. Code § 15.51(c).

Signed this \_\_\_\_ day of _____, 2016.

_____
HONORABLE GRAY H. MILLER
U.S. DISTRICT JUDGE